# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAS HOSPITAL, S.A. DE CV, a Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION (Administrator of the Tricare Overseas Program) a Corporation; TRICARE Overseas Program, a business entity form unknown; Does 1 to 25, inclusive,<br><br>*Defendants*. | **Case no. 07 cv 1002 - BEN (CAB)**<br><br>**ORDER OF DISMISSAL (WITHOUT PREJUDICE) AND MOOTING OTHER PENDING MOTIONS**<br>(Fed. R. Civ. P. 41) |

Upon application of the Parties and for good cause shown, the Joint Motion to Dismiss is approved and ordered into effect.

This entire case is dismissed, without prejudice.

Each Party will bear its own costs and expenses, as set forth in Paragraph 6 of the Joint Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: August 8, 2007

_____
Hon. Roger T. Benitez
United States District Judge